UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

LORI CAPLINGER,

      Plaintiff,

-vs-                                  CASE NO.: 2:17-CV-14278-RLR

REGIONAL ACCEPTANCE
CORPORATION,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, LORI CAPLINGER, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LORI CAPLINGER, and Defendant, REGIONAL ACCEPTANCE CORPORATION, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  /s/Amy Ferrera, Esquire
                                                Amy Ferrera, Esquire
                                                Florida Bar #: 15313
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 N. Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Tele: (813) 223-5505
                                                Fax: (813) 559-4846
                                                amferrera@forthepeople.com
                                                amoore2@forthepeople.com
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Shaughn C Hill, Morgan *&* Morgan, Tampa, P.A., 201 N. Franklin Street 7th Floor, Tampa, FL 33602 (shill@forthepeople.com); David Long, Jr., Esquire, Troutman Sanders, LLP, 1001 Haxall Point 1st Floor, Richmond, VA 23219 (david.long@troutman.com); Justin T. Wong, Esq., Troutman Sanders LLP, 600 Peachtree Street, NE, Suite 5200, ATL, GA 30308 (justin.wong@troutmansanders.com).

                                                    */s/Amy Ferrera, Esquire*
                                                    Amy Ferrera, Esquire
                                                    Florida Bar #:  15313