UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

LORI CAPLINGER,

   Plaintiff,

-vs-             CASE NO.: 2:17-CV-14278-RLR

REGIONAL ACCEPTANCE
CORPORATION,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Lori Caplinger, and Defendant, Regional Acceptance Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of January, 2018.

| | |
|---|---|
| *s/Amy M. Ferrera, Esquire* | */s/ Justin T. Wong, Esquire* |
| Amy M. Ferrera, Esquire | Justin T. Wong, Esquire |
| Florida Bar #: 15313 | Florida Bar #: 89477 |
| Morgan & Morgan, Tampa, P.A. | Troutman Sanders LLP |
| One Tampa City Center | 600 Peachtree Street, NE, Suite 5200 |
| Tampa, FL 33602 | Atlanta, Georgia 30308-2216 |
| Tele: (813) 223-5505 | Tele: (404) 885-3000 |
| Fax: (813) 559-4846 | Fax: (404) 885-3900 |
| amferrera@forthepeople.com | justin.wong@troutmansanders.com |
| amoore2@forthepeople.com | Attorney for Defendant |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  : Shaughn C Hill, Morgan & Morgan, Tampa,  P.A., 201 N. Franklin Street 7th Floor, Tampa, FL  33602 (shill@forthepeople.com); David Long, Jr., Esquire, Troutman Sanders, LLP, 1001 Haxall Point 1st Floor, Richmond, VA  23219 (david.long@troutman.com); Justin T. Wong, Esq., Troutman Sanders LLP, 600 Peachtree Street, NE, Suite 5200, ATL, GA  30308 (justin.wong@troutmansanders.com); Alan D. Wingfield, Troutman Sanders, LLP, 1001 Haxall Point, 15th Floor, Richmond, VA  23219 (alan.winfgield@troutman.com).

*s/Amy M. Ferrera, Esquire*
Amy M. Ferrera, Esquire
Florida Bar #: 15313